FILED

2023 MAR 13 AM 9:35

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: ___TV___

MJ 23-01162

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 3:22-cr-000084-JMK-MMS |
| Keith Crossley | |
| DEFENDANT(S). | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: USA
in the _____ District of Alaska on January 19, 2023
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 21 U.S.C., Section(s) 846 and 841
to wit: _____

A warrant for defendant's arrest was issued by: District of Alaska

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond: None

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/13/2023
                    Date

_[signature]_
**Signature of Agent**

Ramesh Ganesh
**Print Name of Agent**

FBI
**Agency**

Special Agent
**Title**

CR-52 (03/20)   DECLARATION RE OUT-OF-DISTRICT WARRANT